

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JENNIFER EATON                                                                               PLAINTIFF

VERSUS                                 CIVIL ACTION NO. 1:17-CV-0251 LG-RHW

MS COAST AUTO BROKERS, LLC                              DEFENDANTS

---

### AGREED ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT and TO SUBSTITUTE THE DEFENDANT ENTITY

---

THIS CAUSE is here before this Court on Motion of the Defendant, Ms Coast Auto Brokers, LLC, to set aside the Clerk's Entry of Default [Doc 7] in this matter, and this Court, being fully advised in the premises and noting the agreement of counsel for the Plaintiff, finds that the Motion is well taken and is hereby Granted.

Further, the parties agree by motion, *ore tenus*, that the Plaintiff in this matter may file an amended complaint to properly identify and substitute the correct party Defendant, MS Coast Auto Brokers Gulfport, LLC. and that said amended complaint will be filed within 10 days from the date of this Order.

*It is therefore,*

ORDERED and ADJUDGED that the Defendant's Motion to Set Aside Clerk's Entry of Default [Doc 7] is hereby granted, that the Plaintiff may file an amended complaint within ten (10) days of the date of this Order to substitute the correct Defendant and that upon the filing of an amended complaint properly identifying the correct Defendant, that the Defendant will have

twenty (20) days to answer the amended complaint. Thereafter, the motion to dismiss [Doc. 7] is then moot.

SO ORDERED this the 8TH day of February, 2018.

_____
U. S. DISTRICT COURT JUDGE LOUIS GUIROLA, JR.

Agreed and Approved as to
Substance & Form:

_____
Patrick W. Kirby, Esq.
**ATTORNEY FOR PLAINTIFF**

_____
Kimberly S. Rosetti, Esq.
William E. Whitfield, III, Esq.
**ATTORNEY FOR DEFENDANT**